**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Peter D. Guglietta,<br>        Plaintiff,<br>v.<br>Fidelis Recovery Solutions, Inc.<br>        Defendant. | Case Number:<br>FILED STAMP: JULY 24, 2008<br>08CV4215<br>JUDGE DOW JR.<br>MAG. JUDGE VALDEZ |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR: J. N.

Plaintiff.

| |
|---|
| NAME (Type or print)<br>Daniel A. Edelman |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>        s/ Daniel A. Edelman |
| FIRM<br>Edelman, Combs, Latturner & Goodwin, LLC |
| STREET ADDRESS<br>120 S. LaSalle St. 18th Floor |
| CITY/STATE/ZIP<br>Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 00712094 | (312) 739-4200 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐