**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Peter D. Guglietta, Plaintiff, v. Fidelis Recovery Solutions, Inc., Defendant. | FILED STAMP: JULY 24, 2008<br>08CV4215<br>JUDGE DOW JR.<br>MAG. JUDGE VALDEZ<br>J. N. |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff.

| | |
|---|---|
| **NAME (Type or print)**<br>Cathleen M. Combs | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>s/ Cathleen M. Combs | |
| **FIRM**<br>Edelman, Combs, Latturner & Goodwin, LLC | |
| **STREET ADDRESS**<br>120 S. LaSalle Street, Suite 1800 | |
| **CITY/STATE/ZIP**<br>Chicago, IL 60603 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br>00472840 | **TELEPHONE NUMBER**<br>312-739-4200 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☑ | ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☑ | ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐