## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV4215                                   Assigned/Issued By: J. N.

Judge Name: DOW JR.                                     Designated Magistrate Judge: VALDEZ

---

### FEE INFORMATION

*Amount Due:*   [✓] $350.00     [ ] $39.00     [ ] $5.00

                [ ] IFP         [ ] No Fee     [ ] Other _____

                [ ] $455.00

Number of Service Copies _____          Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350_____              Receipt #: 2964439_____

Date Payment Rec'd: 7-24-08_____            Fiscal Clerk: J. N._____

---

### ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
                                         *(Victim, Against and $ Amount)*

[ ] Citation to Discover Assets          [ ] Other

[ ] Writ _____          _____
     *(Type of Writ)*                    _____
                                         *(Type of issuance)*

1_____ Original and 0_____ copies on 7-24-08_____ as to DEFENDANT_____
                                  *(Date)*

_____
_____