AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Peter D. Guglietta

    Plaintiff,

V.

Fidelis Recovery Solutions, Inc.,

    Defendant.

CASE NUMBER: 08CV4215

ASSIGNED JUDGE: JUDGE DOW JR.
MAG. JUDGE VALDEZ

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Fidelis Recovery Solutions, Inc.
c/o Registered Agent
Faxxon Legal Info Services, Inc.
1 W Old State Capital Plaza, Suite 805
Springfield, IL 62701

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner & Goodwin LLC,
120 S. Lasalle 18th Floor
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

July 24, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 7/28/08 |
| NAME OF SERVER *(PRINT)* Susan L. Oney | TITLE Process Server, P.I. |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Corporate Service: Faxxon Legal Info. Services Inc - Reg Agent 2501 Chatham Rd. Spfld., IL 62704

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/28/08
*Date*

Signature of Server: Susan L. Oney

Address of Server: 1052 So. Second St. Spfld., IL 62704

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.