UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PETER GUGLIETTA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 08 CV 4215 |
| | ) | |
| FIDELIS RECOVERY SOLUTIONS, INC., | ) | Judge Dow |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**AGREED MOTION FOR AN ENLARGEMENT OF TIME**

Defendant, Fidelis Recovery Solutions, Inc. ("Fidelis") by and through its attorneys, David M. Schultz and Corinne C. Heggie pursuant to Rule 6 and for its Agreed Motion for an Enlargement of Time to file its responsive pleading to plaintiff's Complaint, states as follows:

1.    On or about July 24, 2008, plaintiff filed a Complaint against defendant alleging that defendant violated the Fair Debt Collection Practices Act, ("FDCPA").

2.    Defense counsel was recently retained in this case.  Defense counsel needs additional time to analyze the pleading, confer with the client and prepare the appropriate response.

3.    On August 13, 2008, defense counsel discussed the additional time with counsel for the plaintiff.  Counsel for the plaintiff has no objection to the relief sought herein.

4.    This time is not meant for the purpose of unnecessary delay and will not prejudice any party to the litigation.

WHEREFORE, Defendant respectfully, requests that this Court grant it 21 days, up to and including September 8, 2008, to file its responsive pleading to plaintiff's Complaint.

Respectfully Submitted,

_s/*Corinne C. Heggie*
One of the attorneys for Defendant,
Fidelis Recovery Solutions, Inc.

David M. Schultz
Corinne C. Heggie
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601-1081
312-704-3000

6350942v1 7791