UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PETER GUGLIETTA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 08 CV 4215 |
| ) | |
| FIDELIS RECOVERY SOLUTIONS, INC., ) | Judge Dow |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE OF MOTION**

To:   Zach Jacobs
      Edelman Combs Latturner & Goodwin, LLC
      120 S. LaSalle St., 18th fl.
      Chicago, IL 60603
      zjacobs@edcombs.com

   PLEASE TAKE NOTICE that on the **26th day of August, 2008 at 9:15 A.M.** or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Robert M. Dow, Jr. or any Judge sitting in his stead in courtroom 1919 of the Dirksen Federal Building, and then and there present **Defendant's Agreed Motion for an Enlargement of Time,** a copy of which is hereby served upon you.

                              Respectfully Submitted,

                               s/*Corinne C. Heggie*
                              One of the attorneys for Defendant,
                              Fidelis Recovery Solutions, Inc.

David M. Schultz
Corinne C. Heggie
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601-1081
312-704-3000

6351574v1 7791