UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PETER GUGLIETTA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No.: 08 CV 4215 |
| FIDELIS RECOVERY SOLUTIONS, INC., | ) ) | Judge Dow |
| Defendant. | ) ) ) ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, an attorney, on oath state that on **August 14, 2008** I served the above and foregoing **Defendant's Agreed Motion for an Enlargement of Time** and **Notice of Motion** via electronic mail to the following:

Zach Jacobs
Edelman Combs Latturner & Goodwin, LLC
120 S. LaSalle St., 18th fl.
Chicago, IL 60603
zjacobs@edcombs.com

                                        Respectfully Submitted,

                                        s/*Corinne C. Heggie*
                                        One of the attorneys for Defendant,
                                        Fidelis Recovery Solutions, Inc.

David M. Schultz
Corinne C. Heggie
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601-1081
312-704-3000