**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Peter D. Guglietta
                                   Plaintiff,

v.                                                  Case No.: 1:08−cv−04215
                                                         Honorable Robert M. Dow Jr.

Fidelis Recovery Solutions, Inc.
                                   Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 25, 2008:

       MINUTE entry before the Honorable Robert M. Dow, Jr:MOTION by Defendant Fidelis Recovery Solutions, Inc. for extension of time [12] to file its responsive pleading to Plaintiff's complaint is granted to and including 9/8/08. Notice of Motion date of 8/26/08 is stricken and no appearances are necessary on that date.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.